UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -v.-

GREVY GERARD PIERRE-LOUIS,
   a/k/a "Cadillac Slim,"
   a/k/a "Caddy,"

               Defendant.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/19

ORDER OF RESTITUTION

S1 16 Cr. 541 (CM)

     Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Amanda Kramer and Jessica Fender, Assistant United States Attorneys, of counsel; and based on the presentence report; the Defendant's conviction on Counts One and Two of the above Information; the plea agreement, in which the Defendant agreed to pay restitution as set forth below, pursuant to Title 18, United States Code, Section 3663(a)(3); and all other proceedings in this case, it is hereby ORDERED that:

     1. **Amount of Restitution.** GREVY GERARD PIERRE-LOUIS, a/k/a "Cadillac Slim," a/k/a "Caddy," the Defendant, shall pay restitution in the total amount of $90,000, which is comprised of $10,000 to each of the nine victims of the offenses charged in Counts One and Two. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims

attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
14 May 2019

HONORABLE COLLEEN McMAHON
CHIEF UNITED STATES DISTRICT JUDGE