USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/21

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

February 22, 2021

2/23/21

Granted

[signature: Colleen McMahon]

**VIA CM/ECF**

The Honorable Colleen McMahon
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Grevy Gerard Pierre-Louis v. United States*, 20 Cv. 3010 (CM) / 16 Cr. 541 (CM)

Dear Chief Judge McMahon:

On January 7, 2021, after review of the arguments raised in defendant's motion pursuant to 28 U.S.C. § 2255, this Court ordered (1) the defendant to return an executed waiver of attorney-client privilege; and (2) defense counsel to prepare affidavits addressing the allegations in the defendant's motion, and to provide those affidavits to the United States Attorney's Office for the Southern District of New York. (*See* Dkt. No. 101.) The defendant's signed waiver was docketed on February 10, 2021, *see* Dkt. No. 103, and the Government has now received affidavits from James Branden, Conor McNamara, and Russ Kofman (attached as Exhibits A, B, and C, respectively). The Government therefore respectfully requests that the Court provide the Government 30 days to respond to the defendant's petition, and the defendant 30 days thereafter to file a reply, if any.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Jessica K. Fender
    Jessica K. Fender
    Assistant United States Attorney
    (212) 637-2276

cc: Grevy Gerard Pierre-Louis. (Reg. No. 13828-104) (by certified mail)
    Counsel of Record (via CM/ECF)