4/26/21

Extension
Granted

[signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT FOLEY SQUARE

| | | |
|---|---|---|
| GREVY PIERRE-LOUIS, | ) | |
| | ) | |
| Movant, | ) | USDC Case No. 1:20-cv-3010 |
| | ) | |
| v. | ) | |
| | ) | USDC Case No. 1:16-cr-541 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Hon. Colleen McMahon |
| Respondent. | ) | Chief United States District Judge |

MEMO ENDORSED

## MOTION FOR EXTENSION OF TIME TO REPLY TO THE UNITED STATES' RESPONSE TO *PRO SE* MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

COMES NOW GREVY PIERRE-LOUIS, Petitioner *pro se*, in the above styled and numbered cause, and respectfully moves this Honorable Court for an order granting an extension of 90 days from the current deadline, in which to reply to the United States' Response to Petitioner's *Pro Se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255.

IN SUPPORT THEREOF, Mr. Pierre-Louis would show the Court the following facts and circumstances:

1. On April 13, 2020, Mr. Pierre-Louis filed a Motion to Vacate, Set Aside

or Correct Sentence under 28 U.S.C. §2255, with memorandum brief in support and a Motion to Expand the Record with attached supporting declaration. [DE[1] #97].

2. On April 15, 2020, this Court issued an Order instructing the United States to file its answer or response within 60 days, and advising Mr. Pierre-Louis that his reply to the response must be filed within 30 days of service of the United States' Response. [DE #98].

3. Pursuant to the Order, the United States filed its response on March 23, 2021. [DE #107].

4. Mr. Pierre-Louis, a *pro se* prisoner litigant, who is neither trained in the law nor enjoys unencumbered access to the prison law library, needs additional time to prepare a cogent opposition to the United States' response. Amplifying Mr. Pierre-Louis's need for an extension is the reality that the FBOP has instituted a system wide lockdown due to the COVID-19 disaster. This lockdown precludes Mr. Pierre-Louis from accessing the law library to

---

[1] DE refers to docket entries in *United States v. Pierre-Louis*, 1:16-cr-541-1 (S.D.N.Y.).

2

conduct legal research or prepare his reply.

5. This motion is not for the purpose of delay, but rather to allow the *pro se* litigant to prepare the necessary and appropriate reply for this Court's consideration prior to any decision on the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255.

6. The United States will not be prejudiced by the requested extension of time.

WHEREFORE, premises considered and for good cause shown, Mr. Pierre-Louis respectfully requests that this Court issue an order granting him an extension of 90 days from the current deadline of April 26, 2021, allowing him up to and including July 26, 2021, in which to reply to the United States' Response to the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255.

Respectfully submitted, this 30th day of MARCH, 2021.

Grevy Pierre-Louis, *Pro Se*
Register # 13828-104
P.O. Box 2000
Bruceton Mills, WV 26525

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time has been mailed, first class postage prepaid, on this 30th day of MARCH, 2021, to: opposing counsel, Assistant United States Attorney, Jessica K. Fender, One Saint Andrew's Plaza, New York, New York 10007.

Executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this 30th day of MARCH, 2021.

_____
Grevy Pierre-Louis, *Pro Se*
Register # 13828-104
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREVY GERARD PIERRE-LOUIS,

    Movant,

-against-

UNITED STATES OF AMERICA,

    Respondent.

20-CV-3010 (CM)

16-CR-0541 (CM)

ORDER TO ANSWER, 28 U.S.C. § 2255

COLLEEN McMAHON, Chief United States District Judge:

  The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed, hereby ORDERS that:

  The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

  Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

  All further papers filed or submitted for filing must include the civil and criminal docket numbers and will be docketed in the criminal case.

SO ORDERED.

Dated: 4/15/20
New York, New York

COLLEEN McMAHON
Chief United States District Judge