UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT FOLEY SQUARE

| | | |
|---|---|---|
| GREVY PIERRE-LOUIS, | ) | |
| | ) | |
| Movant, | ) | USDC Case No. 1:20-cv-3010 |
| | ) | |
| v. | ) | |
| | ) | USDC Case No. 1:16-cr-541 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Hon. Colleen McMahon |
| Respondent. | ) | Chief United States District Judge |

## MOVANT-APPELLANT'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

COMES NOW GREVY PIERRE-LOUIS, Movant-Appellant *pro se* in the above styled and numbered cause and respectfully moves this Court for permission to appeal *in forma pauperis* from the April 21, 2022 Order and Final Judgment of this Court, denying and dismissing Mr. Pierre-Louis' then pending motion to vacate under 28 U.S.C. § 2255. Mr. Pierre-Louis states that because of his poverty he is unable to pay the costs of appeal or to give security therefore. The issues Mr. Pierre-Louis desires to raise on appeal, which are set forth in the accompanying affidavit, possess arguable merit.

11/8/23 Strike motion as moot

*[signature: Colleen McMahon]*

MEMO ENDORSED

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Application with Annexed Informal Memorandum Brief in Support of Request for Certificate of Appealability Pursuant to 28 U.S.C. §2253(c)(1)(B)(2) & (3); and Local Rule 22 has been mailed, first class postage prepaid, on this 27 day of June, 2022, to: opposing counsel, Assistant United States Attorney, Jessica K. Fender, One Saint Andrew's Plaza, New York, New York 10007.

Executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this 27 day of June, 2022.

Guevy Pierre-Louis, *Pro Se*
Register # 13828-104
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREVY PIERRE-LOUIS, ) | |
| ) | |
| Movant, ) | |
| ) | Case No. 1:20-cv-3010 |
| v. ) | |
| ) | Case No. 1:16-cr-541 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**AFFIDAVIT ACCOMPANYING MOTION**
**FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 6/27/2022 |

My issues on appeal are:

1. Did the District Court err or alternatively abuse its discretion by denying Mr. Pierre-Louis the evidentiary hearing to which he was statutorily entitled on his Ground Two claim that counsel was constitutionally ineffective for refusing to file a notice of appeal as Mr. Pierre-Louis requested?

2. Did the District Court err or alternatively abuse its discretion by denying Mr. Pierre-Louis the evidentiary hearing to which he was statutorily entitled on his Ground One claim that counsel was constitutionally ineffective based on the gross misadvice former counsel provided to Mr. Pierre-Louis and without which Mr. Pierre-Louis would have exercised his right to a trial by jury?

3. Did the District Court err or alternatively, abuse its discretion by denying Mr. Pierre-Louis' Ground Three claim that he was entitled to an out-of-time appeal based on the district court's misadvice at sentencing, which falsely conveyed that he had NO RIGHT to appeal?

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ N/A | $ | $ N/A |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $_____

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ N/A |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly,

*quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>    Are real estate taxes included?    [ ] Yes [ ] No<br>    Is property insurance included?   [ ] Yes [ ] No | $ | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ ✓ |
| Installment payments | | |
|    Motor Vehicle: | $ | $ N/A |
|    Credit card (name): | $ | $ |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ ✓ |

| Other (specify): | $ | $ N/A |
|---|---|---|
| **Total monthly expenses:** | $ | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes [ ] No       If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [XX] No

    If yes, how much? $ N/A

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12. State the city and state of your legal residence.

    Your daytime phone number: (___) _____

    Your age: _____   Your years of schooling: _____

    Last four digits of your social-security number: _____

## All Transactions

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13828104 | Current Institution: | Hazelton USP |
| Inmate Name: | PIERRE-LOUIS, GREVY | Housing Unit: | HAZ-F-B |
| Report Date: | 06/27/2022 | Living Quarters: | F04-203U |
| Report Time: | 8:33:30 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/9/2022 11:26:59 AM | Sales - No FP (Non-FP Session) | ($33.60) | 181 | | $262.83 |
| 2/7/2022 3:01:27 PM | Inmate Co-pay | ($2.00) | XICP0222 | | $296.43 |
| 1/18/2022 9:05:54 AM | TRUL Withdrawal | ($5.00) | TL0118 | | $298.43 |
| 1/17/2022 1:38:42 PM | TRUL Withdrawal | ($5.00) | TL0117 | | $303.43 |
| 1/16/2022 9:09:58 AM | TRUL Withdrawal | ($10.00) | TL0116 | | $308.43 |
| 1/14/2022 1:02:26 PM | TRUL Withdrawal | ($10.00) | TL0114 | | $318.43 |
| 1/13/2022 9:37:46 AM | TRUL Withdrawal | ($10.00) | TL0113 | | $328.43 |
| 1/12/2022 2:01:21 PM | TRUL Withdrawal | ($5.00) | TL0112 | | $338.43 |
| 1/11/2022 8:27:44 AM | Sales - No FP (Non-FP Session) | ($18.35) | 57 | | $343.43 |
| 1/10/2022 1:48:27 PM | TRUL Withdrawal | ($15.00) | TL0110 | | $361.78 |
| 1/7/2022 8:33:38 AM | Payroll - IPP | $0.60 | XIPP1221 | | $376.78 |
| 12/31/2021 2:06:51 PM | Money Gram | $150.00 | 33421365 | | $376.18 |
| 12/23/2021 9:07:34 AM | TRUL Withdrawal | ($2.00) | TL1223 | | $226.18 |
| 12/22/2021 1:01:31 PM | Inmate Co-pay | ($2.00) | XICP1221 | | $228.18 |
| 12/20/2021 7:07:54 PM | Western Union | $50.00 | 33321354 | | $230.18 |
| 12/20/2021 11:14:05 AM | TRUL Withdrawal | ($2.00) | TL1220 | | $180.18 |
| 12/11/2021 8:07:56 AM | TRUL Withdrawal | ($2.00) | TL1211 | | $182.18 |
| 12/10/2021 7:34:47 AM | Payroll - IPP | $18.80 | XIPP1121 | | $184.18 |
| 12/9/2021 5:06:59 PM | Western Union | $150.00 | 33321343 | | $165.38 |
| 12/5/2021 6:00:29 PM | TRUL Withdrawal | ($2.00) | TL1205 | | $15.38 |
| 12/3/2021 5:11:18 PM | TRUL Withdrawal | ($2.00) | TL1203 | | $17.38 |
| 12/1/2021 5:42:04 PM | TRUL Withdrawal | ($2.00) | TL1201 | | $19.38 |
| 12/1/2021 7:43:04 AM | Sales - Fingerprint | ($203.10) | 7 | | $21.38 |
| 11/28/2021 11:46:44 AM | TRUL Withdrawal | ($5.00) | TL1128 | | $224.48 |
| 11/27/2021 8:36:42 AM | TRUL Withdrawal | ($2.00) | TL1127 | | $229.48 |
| 11/20/2021 7:32:26 AM | TRUL Withdrawal | ($5.00) | TL1120 | | $231.48 |
| 11/19/2021 3:07:32 PM | Western Union | $150.00 | 33321323 | | $236.48 |
| 11/17/2021 9:06:45 AM | TRUL Withdrawal | ($5.00) | TL1117 | | $86.48 |
| 11/16/2021 12:11:25 PM | Sales - Fingerprint | ($196.10) | 32 | | $91.48 |
| 11/16/2021 11:27:38 AM | TRUL Withdrawal | ($5.00) | TL1116 | | $287.58 |
| 11/15/2021 8:08:52 PM | Western Union | $45.00 | 33321319 | | $292.58 |
| 11/13/2021 2:44:20 PM | TRUL Withdrawal | ($5.00) | TL1113 | | $247.58 |
| 11/8/2021 6:39:12 PM | TRUL Withdrawal | ($10.00) | TL1108 | | $252.58 |
| 11/8/2021 4:07:58 PM | Western Union | $50.00 | 33321312 | | $262.58 |
| 11/8/2021 7:01:56 AM | TRUL Withdrawal | ($2.00) | TL1108 | | $212.58 |
| 11/7/2021 1:24:51 PM | TRUL Withdrawal | ($2.00) | TL1107 | | $214.58 |
| 11/5/2021 12:17:33 PM | Payroll - IPP | $16.20 | XIPP1021 | | $216.58 |
| 11/5/2021 9:01:04 AM | TRUL Withdrawal | ($2.00) | TL1105 | | $200.38 |
| 11/4/2021 7:07:43 PM | Western Union | $100.00 | 33321308 | | $202.38 |
| 10/27/2021 5:51:18 PM | TRUL Withdrawal | ($2.00) | TL1027 | | $102.38 |
| 10/25/2021 12:10:21 PM | Sales - Fingerprint | ($210.00) | 38 | | $104.38 |
| 10/21/2021 8:07:30 PM | Western Union | $100.00 | 33321294 | | $314.38 |
| 10/21/2021 5:50:13 PM | TRUL Withdrawal | ($5.00) | TL1021 | | $214.38 |
| 10/20/2021 9:07:39 PM | Western Union | $100.00 | 33321293 | | $219.38 |
| 10/20/2021 6:51:37 AM | TRUL Withdrawal | ($5.00) | TL1020 | | $119.38 |
| 10/19/2021 9:48:41 AM | TRUL Withdrawal | ($2.00) | TL1019 | | $124.38 |
| 10/15/2021 1:54:10 PM | TRUL Withdrawal | ($2.00) | TL1015 | | $126.38 |
| 10/12/2021 12:24:57 PM | Sales - Fingerprint | ($196.50) | 36 | | $128.38 |
| 10/11/2021 8:08:16 PM | Western Union | $40.00 | 33321284 | | $324.88 |
| 10/8/2021 9:34:28 AM | Payroll - IPP | $4.60 | XIPP0921 | | $284.88 |

1 2 3

## All Transactions

**Inmate Reg #:** 13828104
**Inmate Name:** PIERRE-LOUIS, GREVY
**Report Date:** 06/27/2022
**Report Time:** 8:33:01 AM

**Current Institution:** Hazelton USP
**Housing Unit:** HAZ-F-B
**Living Quarters:** F04-203U

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/21/2022 5:20:49 PM | TRUL Withdrawal | ($5.00) | TL0621 | | $252.43 |
| 6/15/2022 12:01:45 PM | TRUL Withdrawal | ($5.00) | TL0615 | | $257.43 |
| 6/11/2022 3:07:17 PM | Western Union | $100.00 | 33322162 | | $262.43 |
| 6/3/2022 7:51:53 AM | TRUL Withdrawal | ($2.00) | TL0603 | | $162.43 |
| 6/1/2022 1:33:40 PM | Sales - Fingerprint | ($214.20) | 69 | | $164.43 |
| 5/31/2022 6:21:45 PM | TRUL Withdrawal | ($5.00) | TL0531 | | $378.63 |
| 5/27/2022 2:47:12 PM | TRUL Withdrawal | ($2.00) | TL0527 | | $383.63 |
| 5/26/2022 7:03:01 PM | TRUL Withdrawal | ($5.00) | TL0526 | | $385.63 |
| 5/26/2022 3:07:00 PM | Western Union | $150.00 | 33322146 | | $390.63 |
| 5/24/2022 10:39:24 AM | TRUL Withdrawal | ($5.00) | TL0524 | | $240.63 |
| 5/22/2022 8:11:21 AM | TRUL Withdrawal | ($5.00) | TL0522 | | $245.63 |
| 5/17/2022 11:21:19 AM | TRUL Withdrawal | ($5.00) | TL0517 | | $250.63 |
| 5/16/2022 2:08:38 PM | Western Union | $200.00 | 33322136 | | $255.63 |
| 5/14/2022 11:36:32 AM | TRUL Withdrawal | ($2.00) | TL0514 | | $55.63 |
| 5/9/2022 8:09:36 PM | TRUL Withdrawal | ($5.00) | TL0509 | | $57.63 |
| 5/5/2022 9:18:47 AM | TRUL Withdrawal | ($5.00) | TL0505 | | $62.63 |
| 5/3/2022 12:17:09 PM | Sales - Fingerprint | ($295.00) | 24 | | $67.63 |
| 5/2/2022 2:08:57 PM | Western Union | $50.00 | 33322122 | | $362.63 |
| 4/22/2022 7:32:32 PM | TRUL Withdrawal | ($5.00) | TL0422 | | $312.63 |
| 4/22/2022 9:41:34 AM | TRUL Withdrawal | ($2.00) | TL0422 | | $317.63 |
| 4/20/2022 8:23:04 PM | TRUL Withdrawal | ($2.00) | TL0420 | | $319.63 |
| 4/20/2022 3:12:20 PM | Western Union | $100.00 | 33322110 | | $321.63 |
| 4/19/2022 10:08:15 PM | Western Union | $200.00 | 33322109 | | $221.63 |
| 4/18/2022 11:20:58 AM | TRUL Withdrawal | ($2.00) | TL0418 | | $21.63 |
| 3/31/2022 7:39:27 AM | TRUL Withdrawal | ($5.00) | TL0331 | | $23.63 |
| 3/30/2022 1:25:07 PM | Sales - Fingerprint | ($370.50) | 25 | | $28.63 |
| 3/25/2022 12:07:09 PM | Western Union | $100.00 | 33322084 | | $399.13 |
| 3/23/2022 8:07:19 PM | Western Union | $100.00 | 33322082 | | $299.13 |
| 3/23/2022 1:36:38 PM | TRUL Withdrawal | ($2.00) | TL0323 | | $199.13 |
| 3/20/2022 1:44:32 PM | TRUL Withdrawal | ($2.00) | TL0320 | | $201.13 |
| 3/15/2022 5:31:52 PM | TRUL Withdrawal | ($2.00) | TL0315 | | $203.13 |
| 3/15/2022 8:04:41 AM | TRUL Withdrawal | ($2.00) | TL0315 | | $205.13 |
| 3/14/2022 2:16:05 PM | TRUL Withdrawal | ($2.00) | TL0314 | | $207.13 |
| 3/14/2022 11:45:45 AM | TRUL Withdrawal | ($2.00) | TL0314 | | $209.13 |
| 3/12/2022 2:10:10 PM | TRUL Withdrawal | ($2.00) | TL0312 | | $211.13 |
| 3/12/2022 6:38:01 AM | TRUL Withdrawal | ($2.00) | TL0312 | | $213.13 |
| 3/9/2022 12:25:47 PM | Sales - Fingerprint | ($150.70) | 25 | | $215.13 |
| 3/6/2022 1:31:19 PM | TRUL Withdrawal | ($5.00) | TL0306 | | $365.83 |
| 3/6/2022 7:33:32 AM | TRUL Withdrawal | ($2.00) | TL0306 | | $370.83 |
| 3/2/2022 1:07:47 PM | Western Union | $100.00 | 33322061 | | $372.83 |
| 2/28/2022 10:24:07 AM | TRUL Withdrawal | ($5.00) | TL0228 | | $272.83 |
| 2/27/2022 1:25:16 PM | TRUL Withdrawal | ($5.00) | TL0227 | | $277.83 |
| 2/27/2022 12:04:41 PM | TRUL Withdrawal | ($5.00) | TL0227 | | $282.83 |
| 2/26/2022 12:58:56 PM | TRUL Withdrawal | ($5.00) | TL0226 | | $287.83 |
| 2/25/2022 9:42:15 AM | TRUL Withdrawal | ($10.00) | TL0225 | | $292.83 |
| 2/24/2022 9:39:13 AM | TRUL Withdrawal | ($5.00) | TL0224 | | $302.83 |
| 2/22/2022 11:30:11 AM | TRUL Withdrawal | ($10.00) | TL0222 | | $307.83 |
| 2/18/2022 9:26:42 AM | TRUL Withdrawal | ($10.00) | TL0218 | | $317.83 |
| 2/16/2022 9:58:17 AM | TRUL Withdrawal | ($10.00) | TL0216 | | $327.83 |
| 2/9/2022 8:07:09 PM | Western Union | $75.00 | 33322040 | | $337.83 |

123

...

