UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Grevy Gerard Pierre-Louis,

           Defendant.

16-CR-541 (CM)

### ORDER REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

    Grevy Gerard Pierre-Louis has filed a motion asking the Court to grant him compassionate release.

    The Government is to respond to the motion within 30 days.

    The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: October 2, 2025
         New York, New York

_____
COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-25